UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**, <br>     Plaintiff, <br> v. <br> **Fox Rent A Car, Inc.**, a California Corporation; and Does 1-10, <br>     Defendants. | Case: No.: 2:21-cv-00555-JAM-AC <br><br> **ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Plaintiff may file his First Amended Complaint. Plaintiff shall file said Complaint no more than seven days from the date of this Order.

IT IS SO ORDERED.

DATED: June 9, 2021  /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE