1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| **Andres Gomez**, | Case: No.: 2:21-cv-00555-JAM-AC |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE** |
| **Fox Rent A Car, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

11
12
13
14
15
16
17

Having considered the Parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Parties' stipulation to transfer venue to the Central District of California, Western Division is granted.

18
19
20
21
22

IT IS SO ORDERED.

23
24

DATED: June 21, 2021      /s/ John A. Mendez
                          _____
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE

25
26
27
28

1